FILED
CLERK, U.S. DISTRICT COURT
9/11/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| UNITED STATES OF AMERICA, | ED CR No. 5:20CR00171-PA |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 844(i): Attempted Arson of a Building Used in Interstate and Foreign Commerce and Used in Activities Affecting Interstate and Foreign Commerce; 26 U.S.C. § 5861(c): Unlawful Possession of a Firearm] |
| CARLOS ESPRIU, aka "Barlosxantanx," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 844(i)]

On or about May 31, 2020, in Riverside County, within the Central District of California, defendant CARLOS ESPRIU, also known as "Barlosxantanx," maliciously attempted to damage and destroy, by means of fire, a building used in interstate and foreign commerce, and used in activities affecting interstate and foreign commerce, namely, the East Valley Republican Women Federated, located at 78870 Highway 111, La Quinta, California.

## COUNT TWO

[26 U.S.C. § 5861(c)]

On or about May 31, 2020, in Riverside County, within the Central District of California, defendant CARLOS ESPRIU, also known as "Barlosxantanx," knowingly possessed a Molotov cocktail, which defendant ESPRIU knew to be a firearm and destructive device as defined in Title 26, United States Code, Sections 5845(a) and (f), in that defendant ESPRIU knew it was an explosive or incendiary bomb, grenade, or similar device, and which had been made in violation of the provisions of Chapter 53, Title 26, United States Code.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox* (signature)

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

SARA B. MILSTEIN
Assistant United States Attorney
Violent and Organized Crime
Section